**Opinion filed February 4, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00155-CR

_____

**MACE GREGORY GIFFORD, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the County Court**

**Eastland County, Texas**

**Trial Court Cause No. 08-390**

### M E M O R A N D U M   O P I N I O N

Mace Gregory Gifford has filed in this case a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. The motion is granted, and the appeal is dismissed.

PER CURIAM

February 4, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.